[No. 12848-2-III.     Division Three.     June 16, 1994.]

IVA GENNA PLESE, *Appellant*, v. RODNEY PLESE, *as Personal Representative, Respondent.*

Appeal from a judgment of the Superior Court for Spokane County, No. 89-2-01125-0, William J. Grant, J., entered October 21, 1992. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Thompson, C.J., and Munson, J.

[No. 12939-0-III.     Division Three.     June 16, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. DENNIS CHRIS SCHUKAY, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 92-1-00566-9, Thomas E. Merryman, J., entered December 22, 1992. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Thompson, C.J., and Munson, J.

[No. 12811-3-III.     Division Three.     June 16, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. TONY BRUCE CASPERSON, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 92-1-00732-1, John A. Schultheis, J., entered October 26, 1992. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Thompson, C.J., and Munson, J.